United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7   MERYL POMPONIO,                          Case No.  21-cv-08648-KAW

8                  Plaintiff,

9        v.                                   **ORDER TO SHOW CAUSE**

10   KATHY SOP, et al.,

11                  Defendants.

12

13        Plaintiff Meryl Pomponio filed the instant suit against Defendants Kathy Sop, et al. (Dkt.

14   No. 1.)  Pursuant to General Order 56, the joint site inspection deadline was March 7, 2022, and

15   Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the joint site

16   inspection.  (*See* Dkt. No. Re: Dkt. No. 5.)  Thus, Plaintiff's "Notice of Need for Mediation" was

17   due by April 18, 2022.

18        As of the date of this order, Plaintiff has yet to file her "Notice of Need for Mediation."

19   Indeed, Plaintiff has not filed anything in this case since December 9, 2021.  (*See* Dkt. No. 9.)

20   Plaintiff is therefore ordered to show cause by **June 29, 2022**, why this case should not be

21   dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend

22   the filing deadline.

23        IT IS SO ORDERED.

24   Dated: June 15, 2022

25                                            _____
                                             KANDIS A. WESTMORE
26                                           United States Magistrate Judge

27

28